IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

                CRIMINAL NO. 13-CR-30230-DRH

vs.

DANDRE C. COTTON,

        Defendant.

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On January 13, 2014, this court entered an order for forfeiture against defendant Dandre C. Cotton for the following property which had been seized from the defendant:

**One Hi-Point semi-automatic handgun, .45 caliber, serial number "Defaced," and any and all ammunition contained therein.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning October 17, 2014, and ending November 15, 2014, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on January 13, 2014, namely:

**One Hi-Point semi-automatic handgun, .45 caliber, serial number "Defaced," and any and all ammunition contained therein.**

The United States Marshal shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property. The destruction may be done at such time and location and by such persons as designated by the United States Marshal.

**DATE: January 23, 2015**

Digitally signed by David R. Herndon
Date: 2015.01.23 12:23:25 -06'00'

**United States District Court**